August 16, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

VERNON HEWITT, Appellant

NO. 14-09-00227-CV                              V.

RYAN MARINE SERVICES, INC. AND THE RMS ORION, Appellees

_____

This cause, an appeal from the judgment in favor of appellant, Vernon Hewitt, signed December 2, 2008, was heard on the transcript of the record. We have inspected the record and find the trial court erred when it excluded evidence regarding the use of non-skid paint on Ryan Marine, Inc.'s vessels other than the RMS Orion and evidence regarding the subsequent painting of the RMS Orion's entire deck with non-skid paint. We therefore order that the take nothing portions of the judgment on appellant, Vernon Hewitt's, Jones Act negligence and unseaworthiness claims are **REVERSED** and ordered severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellees, Ryan Marine Services, Inc. and the RMS Orion, jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.